# Exhibit A



IKON
Document Efficiency
At Work.
A RICOH COMPANY

# Statement of Work

**# CST01212011001**

# For
# The Law Office of Craig Kuglar, LLC

## Matter: Farkas

Prepared on January 21 2011
By: **John White, Account Manager**
& **Stephen Thacker,** Director of E-Discovery
Legal Document Services
**IKON Office Solutions**
1180 W. Peachtree Street NW, #500
Atlanta, GA 30309
Office: 404.879.2600
Cell: 404.867.0096
Fax: 404.8792625
Email: cthacker@ikon.com

**Submitted to:**
**Craig Kuglar**
1130 Piedmont Ave #913
Atlanta, GA 30309
Telephone: 404.432.4448
Email: ck@kuglarlaw.com



IKON
Document Efficiency
At Work.
A RICOH COMPANY

## Table of Contents

Project Requirements & Assumptions....................3
Project Volume....................3
Imaging Specifications & Assumptions....................3
Document Coding Requirements & Assumptions....................4
ESI Specifications & Assumptions....................5
Project Schedule....................6
Data & Image File Format Specifications....................6
Deliverables....................6
Pricing Table....................7
Pricing & Payment Terms....................9
TERMS AND CONDITIONS....................10
Authorization to Commence Work....................13
Contact Information....................14
Imaging Grade Addendum....................15

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



IKON
Document Efficiency
At Work.
A RICOH COMPANY

## Project Requirements & Assumptions

| | |
|---|---|
| Project Summary: | IKON will provide the services listed herein to The Law Office of Craig Kuglar. The pricing contained herein is valid for sixty (60) days from the date of this proposal. |

## Project Volume

| | |
|---|---|
| Total ESI | Estimated at 100 to 150 GB of data. |
| Total Box Count | The current volume of the document population is 50 Boxes. |
| Total Page: | The total page population is unknown at this time. |
| Document Count: | The document count is unknown at this time. |

## Imaging Specifications & Assumptions

| | |
|---|---|
| Document Imaging Location(s): | |
| Imaging Instructions | Client specific imaging requirements will be followed pursuant to instructions documented in the Imaging Requirements Addendum. |
| Imaging Grade: | Document population is expected to be Grade D, as defined in the Imaging Grade addendum. |
| Imaging: | 300 DPI, Black & White, Single Page, Group IV TIFF |
| Document Boundaries: | Document boundaries at scan time will be based on |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



IKON
Document Efficiency
At Work.
A RICOH COMPANY

physical barriers.

Document Numbering:

Documents are either currently unnumbered or existing numbers will not be captured. Documents will be assigned a sequential control number provided by Craig Kuglar starting with <<starting number>>.

Image Endorsement:

All images will be endorsed (have a permanent electronic stamp applied) with a sequential control number provided by Craig Kuglar starting with <<starting number>>.

OCR Processing:

OCR will be performed on all pages.

## Document Coding Requirements & Assumptions

Coding/LDD Location:

Projects will be managed by IKON. An IKON certified legal document coding business partner will code documents.

Coding will be performed offshore.

Logical Document Boundary Determination (LDD):

Document boundary determination will be based on a subjective review of documents. Due to the subjective nature of determining the beginning and ending of a document, it is understood that IKON-produced document boundaries may differ from what may have been assigned by the client. Logical Document Boundary Determination will be performed pursuant to the LDD instructions set forth in the LDD

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



Addendum.

LDD Fields:	Beginning Document Number;
Ending Document Number;
Beginning Attachment Number; and
Ending Attachment Number.

*IKON strongly recommends that Logical Document Boundary Determination be performed on all coding projects. If Logical Document Boundary Determination is not performed, coding will be based on the physical barriers of the document collection established during the imaging process or client-supplied document boundaries. Bibliographic coding is generally limited to information represented on the first and last page of the document, except when characteristics or in-text coding is performed. Custom coding requirements will include where information can be found in a document or on a page.*

Coding Services:	Client is requesting that IKON provide standard Grade B bibliographic coding services. Documents will be coded pursuant to the coding instructions as set forth in the Coding Specifications Addendum.

## ESI Specifications & Assumptions

IKON will convert and format all data received from all producing parties into the necessary format and load it in to the IKON Litovation Review Platform. Service will vary and include ESI conversion, image conversion, coding, LDD, and OCR.

All data will be processed in a secured IKON processing facility.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., t is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.


Document Efficiency
At Work.
A RICOH COMPANY

## Project Schedule

| | |
|---|---|
| Receipt of Media: | Craig Kuglar expects to release documents or other media to IKON on a rolling delivery basis beginning January 21,2011. |
| Production Timelines: | Production schedule will be established and agreed to by both parties under separate cover. |

## Data & Image File Format Specifications

| | |
|---|---|
| Data and Image File Format(s): | Data and images will be formatted for IKON's Litovation Review Platform. |

## Deliverables

| | |
|---|---|
| Delivery Media: | FTP, CDs, DVD or Hard drives may be used to deliver data depending on actual size and volume. |
| Data and Image Retention: | After thirty (30) days from delivery of data and images, IKON is not responsible for maintaining any archival image or data information in connection with the delivery. |
| Box Label: | IKON may affix a tracking / control label to boxes. |
| Number of Deliverables: | Rolling. |
| Recipient(s) of Deliverables: | Craig Kuglar |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



IKON
Document Efficiency
At Work.
A RICOH COMPANY

## Pricing Table

| Imaging Services | Price |
|---|---|
| Image Capture (No Copy Set) *includes*:<br>Document preparation<br>Physical document determination<br>Scanning<br>100% VQC<br>Document reassembly | Grade D: $0.11<br>Grade E: $0.15<br>Grade EE $0.18 |
| Endorsement | $0.02 |
| Blowback/Printing | $0.06 /page |

| Coding Services | Price |
|---|---|
| E-Label Endorsement | $0.02 /page |
| Image Conversion | $0.02 /page |
| OCR | $ 0.03 /page |
| Bates Capture | $0.03 /page |
| CD – Master | $ 25.00 each |
| CD – Duplication | $ 15.00 each |
| DVD – Master | $ 50.00 each |
| DVD – Duplication | $ 25.00 each |
| Bib Coding B Offshore w/LDD | $ 0.65 /document |

| ESI Services | Price |
|---|---|
| Data Processing | $650 per GB |
| Image to Image conversion | $0.02 per page |
| OCR | $0.03 per page |
| Tech Time for Data conversion | $150.00 per hour |

| Hosting Services | Price |
|---|---|
| Site Setup | $1500.00 onetime fee |
| Base Monthly Fee | $500.00 per month |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



IKON
Document Efficiency
At Work.
A RICOH COMPANY

| Base License Fee | $50.00 per GB |
|---|---|
| Loading Data | $40.00 per GB |
| Analytics | Included in Base fee |
| Equivio Processing (email threading and Near duplicate) | $150.00 per GB |
| User License Fee (unlimited users) | Included in Base Fee |
| IKON Certified Project Manager | $150.00 per Hour |
| IKON Certified Trainer | $150.00 per Hour |

| Optional Hosting Services | Price |
|---|---|
| Topical Clustering | $250.00 per GB |
| Catalyst Certified PM | $250.00 per GB |
| Catalyst Certified Trainer | $250.00 per GB |
| Catalyst Consultant | $250.00 per GB |
| Archiving Site including work product | $50.00 per GB |

*** Additional Site Customization may incur additional cost and will require additional time to complete. Upon request IKON will provide a quote.

**** Archiving includes the export of metadata and attorney work product and documents in PDF format delivered on a USB hard drive

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

## Pricing & Payment Terms

Pricing is valid for sixty (60) days from the date of proposal. Each project is priced based on IKON 's understanding of the scope and volume of the requirements as presented herein. Changes in that understanding or in the underlying express and/or implicit assumptions related to it may require substantial changes in price and schedule. All changes will be made in writing and agreed to by all parties prior to commencement of billable work.

1. IKON's services are offered based on the assumptions as defined herein. If the collection characteristics are substantially different from these assumptions, IKON reserves the right to re-price the services.
2. Delivery schedules are based on assumptions defined herein and substantial change in these assumptions may require delivery schedule changes.
3. Failure to provide IKON with a regular and consistent flow of materials may result in an increase in pricing and/or schedule delays.
4. Processing will be performed in accordance with the instructions set forth in this document and the addenda stated herein.
5. Pricing is offered as a comprehensive package of services. IKON reserves the right to re-price services if the client decides not to have IKON perform certain services that have been quoted.
6. Invoicing will be based on the actual number of units multiplied by its unit or hourly rate, and totaled
7. Invoicing will be issued throughout the duration of the project. Invoicing will include all billable work processed up to the date of the invoice, even if that work-product has not yet been delivered to the The Law Office of Craig Kuglar, LLC.
8. Payment for IKON services will be made to IKON and are due within thirty (30) days from date indicated on the invoice.
9. In the event payment is not received within ten (10) days of its due date a late charge one and a half percent (1.5%) or the maximum permitted by law, whichever is less, of the overdue amount will be charged to The Law Office of Craig Kuglar, LLC by IKON.
10. The The Law Office of Craig Kuglar, LLC has thirty (30) days from receipt of a delivery to identify accuracy or image file formatting issues. After this period, a service charge may be applied for corrections. This service charge accounts for reloading the data and/or images onto the system, reallocating staff, etc.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



## TERMS AND CONDITIONS

The performance of the services described in this Statement of Work ("SOW") by IKON Office Solutions, Inc. ("IKON") for the client referenced on the cover page of this document ("Client") is subject to and shall be governed solely by the following terms and conditions. If this SOW is made pursuant to a Master Agreement ("MA"), the terms and conditions set forth in such MA are incorporated herein by reference and made a part of this SOW, and shall control in the event of any conflict.

1. **Services**. From time to time, Client may engage IKON to perform any of the services (the "Services") described in this SOW. Changes to the scope of the Services shall be made only in a written Change Order signed by both parties. IKON shall have no obligation to commence work in connection with any change until the fee and/or schedule impact of the change and all other applicable terms are agreed upon by both parties in writing. IKON shall provide the Services at the Client location set forth herein or on a remote basis. In consideration of the Services set forth in this SOW, Client shall pay IKON the fees in the amounts and at the rates set forth herein. IKON may suspend or terminate such services for non-payment. Client acknowledges that IKON's performance of any such Services is dependent upon Client's timely and effective performance of its responsibilities as set forth in this SOW. Estimated delivery and/or service schedules contained in this SOW are non-binding estimates.

2. **Service Warranties**. IKON warrants that the Services performed hereunder will be performed in a good and workmanlike manner, and Client's exclusive remedy shall be for IKON to re-perform any Services not in compliance with this warranty and brought to IKON's attention in writing within a reasonable time, but in no event more than thirty (30) days after such Services are performed.

3. **Termination of Services**. Upon thirty (30) days' prior written notice, either party may terminate any of the Services specified this SOW. In the event IKON terminates any Services procured hereunder or this SOW, IKON shall reimburse Client for any prepaid fees related to Services not rendered prior to termination. Upon termination of this SOW by Client, Client shall be responsible for payment for all Services completed by IKON and accepted by Client through the effective date of termination.

4. **Confidentiality.**

4.1 IKON recognizes that it must perform the Services in a manner that protects any information of Client or its clients that Client has clearly identified to IKON as being confidential (such information hereafter referred to collectively as "Client Confidential Information") that may be disclosed to IKON hereunder from improper use or disclosure. IKON agrees to treat Client Confidential Information on a confidential basis. IKON further agrees that it will not disclose any Client Confidential Information without Client's prior written consent to any third party except to authorized representatives of Client or to employees or subcontractors of IKON who have a need to access such Client Confidential Information to perform the Services contemplated hereunder. Client Confidential Information shall not include (i) information which at the time of disclosure is in the public domain, (ii) information which, after disclosure becomes part of the public domain by publication or otherwise through no fault of IKON, or (iii) information which can be established to have been independently developed and so documented by IKON or obtained by IKON from any person not in breach of any confidential obligations to Client. The terms of this SOW shall not be considered to be Client Confidential Information. Client acknowledges and agrees that any information provided by Client to IKON pursuant to this SOW is not Protected Health Information ("PHI") subject to the Health Insurance Portability and Accountability Act of 1996 45 CFR Parts 160 and 164 ("HIPAA") or "nonpublic personal information" as defined under the Title V of the U.S. Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 et seq., and the rules and regulations issued thereunder ("Gramm-Leach-Bliley"). In the event any information is PHI as defined by HIPAA or "nonpublic personal information" as defined under Gramm-Leach-Bliley, Client shall specifically identify information as such to IKON in writing.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



Document Efficiency
At Work.
A RICOH COMPANY

4.2 Notwithstanding the foregoing, the parties acknowledge and agree that IKON shall have no obligation to remove, delete, preserve, maintain or otherwise safeguard any information, images or content retained by, in or on any item of Client owned or Client leased equipment, whether through a digital storage device, hard drive or similar electronic medium ("Data Management Services"). If desired, Client may engage IKON to perform such Data Management Services at its then-current rates. The selection, use and design of any Data Management Services, and any and all decisions arising with respect to the deletion or storage of any data, data information or documentation, as well as any loss of data resulting therefrom, shall be the sole responsibility of Client, and Client shall indemnify and hold harmless IKON and its subsidiaries, directors, officers, employees and agents from and against any and all costs, expenses, liabilities, claims, damages, losses, judgments or fees (including reasonable attorneys' fees) (collectively, "Losses") arising therefrom or related thereto.

4.3 Notwithstanding anything in this SOW to the contrary, Client is responsible for ensuring its own compliance with any and all applicable legal, regulatory, business, industry, security, compliance and storage requirements relating to data retention, protection, destruction and/or access. It is the Client's sole responsibility to obtain advice of competent legal counsel as to the identification and interpretation of any relevant laws and regulatory requirements that may affect the Client's business or data retention, and any actions required to comply with such laws. IKON DOES NOT PROVIDE LEGAL, ACCOUNTING OR TAX ADVICE OR REPRESENT OR WARRANT THAT ITS SERVICES OR PRODUCTS WILL GUARANTEE OR ENSURE COMPLIANCE WITH ANY LAW, REGULATION OR REQUIREMENT.

4.4 Unless specifically set forth in writing, IKON has no obligation to provide encryption related to the provision of Services.

5. **Indemnification.**

5.1 Each party ("Indemnifying Party") shall indemnify, defend and hold harmless the other ("Indemnified Party") from all third-party claims incurred by the Indemnified Party arising out of the death or bodily injury of any agent, employee, or business invitee of the Indemnified Party, or the damage, loss, or destruction of any tangible property of the Indemnified Party, up to a maximum of $1,000,000, to the extent caused by the negligent acts or omissions or willful misconduct of the Indemnifying Party, its employees, or agents.

5.2 Client shall indemnify, defend and hold harmless IKON and its representatives and affiliates from and against any claim, suit, demand, liability, cause of action, damage or cost (including reasonable attorneys' fees and expenses) for actual or alleged infringement of any intellectual property right, including but not limited to copyright, trademark, or right of publicity, and breach of confidentiality arising from the copying of materials provided by Client hereunder. Notwithstanding any other provision of this SOW, nothing in this SOW shall be construed to give IKON any control over decisions relating to choosing the content of information copied or otherwise handled hereunder. Client warrants and represents that it violates no intellectual property rights or confidentiality agreements of third-parties by having IKON perform Services under this SOW.

5.3 Without intending to create any limitation relating to the survival of any other provisions of this SOW, IKON and Client agree that the terms of this paragraph shall survive the expiration or earlier termination of this SOW. Each party shall promptly notify the other in the event of the threat or initiation of any claim, demand, action or proceeding to which the indemnification obligations set forth in this Section may apply.

6. **Limitations.** EXCEPT AS OTHERWISE EXPRESSLY SET FORTH HEREIN, IKON MAKES NO WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, WITH RESPECT TO ANY SERVICES, EQUIPMENT OR GOODS PROVIDED UNDER THIS SOW, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTIES ARE CREATED BY ANY COURSE OF DEALING BETWEEN THE PARTIES, COURSE OF PERFORMANCE, TRADE USAGE OR INDUSTRY CUSTOM. IN NO EVENT SHALL IKON BE LIABLE TO CLIENT OR A THIRD PARTY FOR ANY DAMAGES (1) RESULTING FROM OR RELATED TO ANY FAILURE OF THE SOFTWARE, INCLUDING, BUT NOT LIMITED TO, LOSS OF DATA OR DELAY OF DELIVERY OF SERVICES UNDER THIS SOW OR (2) RELATED TO THE LOSS, DAMAGE OR DESTRUCTION OF ANY NEGOTIABLE INSTRUMENTS PROVIDED BY

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



THE CLIENT. IKON ASSUMES NO OBLIGATION TO PROVIDE OR INSTALL ANY ANTI-VIRUS OR SIMILAR SOFTWARE, AND THE SCOPE OF SERVICES CONTEMPLATED HEREBY DOES NOT INCLUDE ANY SUCH SERVICES. IKON shall be excused from any delay or failure in performance of the Services under this SOW for any period if such delay or failure is caused by any event of force majeure or other similar factors beyond its reasonable control. THE AMOUNT OF ANY LIABILITY OF IKON TO CLIENT OR ANY THIRD PARTY, FOR ONE OR MORE CLAIMS ARISING FROM OR RELATING TO THIS SOW, SHALL NOT EXCEED, IN THE AGGREGATE, THE AMOUNT PAID TO IKON FOR THE PERFORMANCE OF SERVICES UNDER THIS SOW DURING THE SIX-MONTH PERIOD PRECEDING THE DATE ON WHICH THE CLAIM AROSE. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR CONSEQUENTIAL, INCIDENTAL, PUNITIVE OR INDIRECT DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

7. **Assignment.** Neither party shall assign or in any way dispose of all or any part of its rights or obligations under this SOW without the prior written consent of the other, which shall not be unreasonably withheld.

8. **Force Majeure.** IKON may, without liability, delay performance or cancel this SOW or any Services hereunder on account of force majeure or other circumstances beyond its control including, but not limited to, acts of God, actual or threatened war, armed conflict, riot, fire, earthquake, explosion, flood, strike, lockout, injunction or telecommunications, electrical or source of supply failure.

9. **Default.** In addition to any other rights or remedies which either party may have under this SOW or at law or equity, either party shall have the right to cancel the Services provided under this SOW immediately: (i) if the other party fails to pay any fees or charges or any other payments required under this SOW when due and payable, and such failure continues for a period of ten (10) days after being notified in writing of such failure; or (ii) if the other party fails to perform or observe any other material covenant or condition of this SOW, and such failure or breach shall continue un-remedied for a period of ten (10) days after such party is notified in writing of such failure or breach; or (iii) if the other party becomes insolvent, dissolves, or assigns its assets for the benefit of its creditors, or files or has filed against it any bankruptcy or reorganization proceeding. If IKON cancels this SOW under this Section, Client shall pay any reasonable costs and expenses (including attorneys' fees and expenses) incurred by IKON to collect any amounts owed by Client hereunder.

10. **Intellectual Property.** Intellectual property rights arising from the Services (but not the data, materials or content provided by Client) shall remain the property of IKON, and nothing contained in any Statement of Work shall be construed to transfer, convey, restrict, impair or deprive IKON of any of its ownership or proprietary interest or rights in technology, information or products that existed prior to the provision of deliverables under the Statement of Work or that may be independently developed by IKON outside the scope of the Statement of Work and without use of any confidential or otherwise restricted material or information thereunder. Client shall not use any services provided pursuant to a Statement of Work for any unlawful purpose.

11. **Export Law.** Notwithstanding any other provision of this SOW, Client shall at all times remain solely responsible for complying with all applicable laws or regulations relating to export and re-export control (collectively, "Export Laws") and for obtaining any applicable authorization or license under the Export Laws. Client acknowledges and agrees that IKON may from time to time, in its sole discretion, engage third party Subcontractors, both foreign and domestic, to perform any portion of the Services on IKON's behalf. Client represents and warrants to IKON that it, its employees and agents shall not provide IKON with any document, technology, software or item for which any authorization or license is required under any Export Law. Client shall further indemnify, defend and hold harmless IKON and its representatives and affiliates from and against any fine, penalty, claim, suit, demand, liability, cause of action, damage or cost (including reasonable attorneys' fees) for any actual or alleged violation of any Export Laws arising from the performance of Services under this SOW.

12. **Governing Law.** This SOW and any Services procured hereunder shall be governed by the laws of the Commonwealth of Pennsylvania both as to interpretation and performance, without regard to its choice of law requirements. All other ordering documents shall be governed by the law of the jurisdiction in which the Services are being performed.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



IKON
Document Efficiency
At Work.
A RICOH COMPANY

This SOW may be executed in two or more counterparts, each of which shall be deemed to be an original.

13. **Miscellaneous.** The parties agree that the terms and conditions contained in this SOW make up the entire agreement between them regarding the Services and supersede all prior written or oral communications, understandings or agreements between the parties relating to the subject matter contained herein, including without limitation, purchase orders. Client acknowledges and agrees that IKON does not undertake any conflict check procedure, whether formal or informal, to determine if IKON is performing services for an adverse party to Client. Furthermore, given the nature and the scope of Services provided hereunder, IKON has determined that a conflict check, whether formal or informal, are not necessary. IKON shall be permitted to conduct business in the normal course and engage customers even if the same is, in the reasonable judgment of the Client, adverse to the specific Services being performed for or on behalf of the Client. Except as otherwise expressly set forth herein, any change in any of the terms and conditions of this SOW or any document to procure Services hereunder must be in writing and signed by both parties. The delay or failure of either party to enforce at any time any of the provisions of this SOW shall in no way be construed to be a waiver of such provision or affect the right of such party thereafter to enforce each and every provision of this SOW. If any provision of this SOW is held to be invalid or unenforceable, this SOW shall be construed as though it did not contain the particular provision held to be invalid or unenforceable. All notices shall be given in writing by the party sending the notice and shall be effective when deposited in the mail, addressed to the party receiving the notice at its address shown above (or to any other address specified by that party in writing) with postage prepaid. If more than one affiliate, subsidiary, client, or law firm of Client has signed this SOW, each such Client agrees that its liability is joint and several. If Client has signed this SOW on behalf of any of its subsidiaries or affiliates, or for the benefit of any third party, client or otherwise, Client shall remain liable for the obligations hereunder.

IKON and The Law Office of Craig Kuglar, LLC acknowledge that the services and prices that are offered to The Law Office of Craig Kuglar, LLC herein are based on the assumptions contained within this response, and assumptions to be identified by IKON during its more detailed evaluation and scope assessment following the engagement contemplated hereunder. All production processing will be executed pursuant to the imaging and coding instructions and instructions contained in this document and in its addenda herein. If IKON determines during the production processing of The Law Office of Craig Kuglar, LLC's document collection that the collection deviates from assumptions, IKON reserves the right to adjust unit price for the impacted service (effective as of the earliest date that such deviation occurred), and The Law Office of Craig Kuglar, LLC agrees to pay IKON in accordance with IKON's standard terms and conditions for such services. IKON will notify The Law Office of Craig Kuglar, LLC of its determination of any deviation from the assumptions contained within this response.

**Authorization to Commence Work**

The Law Office of Craig Kuglar, LLC hereby authorizes IKON to proceed with the litigation support services described and specified in the foregoing Statement of Work for IKON Services, and agrees to the terms and conditions as specified herein.

| **CLIENT** | | **IKON OFFICE SOLUTIONS, INC.** | |
|---|---|---|---|
| By: | [signature] | By: | |
| Name: | C. Kuglar | Name: | |
| Title: | Owner, Atty for Co Farcas | Title: | |
| Date: | 1-24-11 | Date: | |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., that is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information contained herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.

Client initial [initials]



IKON
Document Efficiency
At Work.
A RICOH COMPANY

## Contact Information

| | |
|---|---|
| **Client Firm:** | |
| Primary Client Contact Name: | |
| Title: | |
| Address: | |
| Address: | |
| City State Zip: | |
| Phone: | |
| Fax: | |
| Email: | |
| **Shipping Contact Name (if different):** | |
| Address: | |
| Address: | |
| City State Zip: | |
| Shipping ID # (Client's Preference): | Courier: |
| **Original Documents Contact (if different):** | |
| Address: | |
| Address: | |
| City, State, Zip: | |
| Phone: | |
| **Technical Contact Name(if different):** | |
| Address: | |
| City State Zip: | |
| Phone: | |
| Email: | |
| **Billing Attorney:** | |
| **Invoice To** (select one): | Law Firm: _____ LDS National Account: _____ |
| Project Client / Matter # or Reference | |
| **IKON LDS Account Manager:** | |
| LDS Job Ticket #: | |
| Street: | |
| City State Zip: | |
| Office Phone: | Cell: |
| Email: | |
| **Sales Manager:** | |
| Phone: | Email: |
| **Other LDS Contact:** | |
| Phone: | Email: |

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., t is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.



IKON
Document Efficiency
At Work.
A RICOH COMPANY

## Imaging Grade Addendum

**Grade A – Autofeed**
Autofeed is defined as photocopies made from originals that will automatically feed through IKON photocopy machines and shall include but not be limited to large rubber-banded sections or loose documents.

**Grade B - Light Litigation**
Light Litigation is defined as copies made from originals that are bound without tabs; large clipped sections without staples; large rubber-banded sections without staples; and two (2) sided originals.

**Grade C - Medium Litigation**
Medium Litigation is defined as copies made from originals that have staples, clips, binding with tabs, or require handling to organize by file folder.

**Grade D - Heavy Litigation**
Heavy Litigation is defined as copies made from originals that require extensive handling and shall include but not be limited to documents with five (5) or fewer pages per staple, and/or mixed paper sizes that require more handling and organizing. "Heavy Litigation" shall also include projects marked "copy tagged pages only" that consist of individual pages, folders or clipped/stapled sections

**Grade E - GlassWork**
Glass Work is defined as copies made from originals that can only be photocopied manually on the photocopier glass, and shall include but not be limited to receipts, half-pages, envelopes, onion skin or thermal facsimile paper, originals other than 8 1/2" x 11" or 8 1/2" x 14", checks, permanently bound books, two (2) sided GBC, computer forms that cannot pin feed, and extremely poor quality originals that require extensive handling and analysis on a page-by-page basis.

**Grade EE- Heavy Glass Work**
Heavy Glass Work is defined as copies made from originals that require eighty percent (80%) or more glasswork, such as multiple stapled documents that require extreme reorganization and hand time on a page-by-page basis.

This document contains information of a proprietary and/or confidential nature, including pricing and procedural data of IKON Office Solutions, Inc., i is to be used only for the purpose of assessing the proposed services to be performed by IKON. No other use or duplication of information containe herein is permitted without the express written consent of IKON Office Solutions, Inc. COPYRIGHT 2001. IKON Office Solutions, Inc.